UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO BERNAL-ZEPEDA and ELVIRA CAMPOS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MANUAL ROBLERO; KEHE DISTRIBUTORS, INC.,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-01703-JAD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendants' Motion to Compel Discovery Responses (#39) filed June 26, 2015.  Also before the Court is Plaintiff's Response (#46) and Defendants' Reply (#47). After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Discovery Responses (#39) is granted in part, as stated on the record.

　　　DATED this 3rd day of August, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge