1  MICHAEL R. HALL, ESQ.
   Nevada Bar No. 005978
2  mhall@lawhjc.com
   KAREN L. BASHOR, ESQ.
3  Nevada Bar No. 011913
   kbashor@lawhjc.com
4

   **HALL JAFFE & CLAYTON, LLP**
5  7425 PEAK DRIVE
   LAS VEGAS, NEVADA 89128
6  (702) 316-4111
   FAX (702)316-4114
7

   *Attorney for Defendants*
8  *KeHE Distributors, Inc.*
   *and Manuel Roblero*
9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  ROBERTO BERNAL-ZEPEDA,
                                    CASE NO.: 2:14-cv-01703-JAD-GWF
14          Plaintiff,

15  vs.                             **JOINT STIPULATION AND [PROPOSED]**
                                    **ORDER TO CONTINUE HEARING ON**
16  MANUEL ROBLERO; KEHE            **PLAINTIFF'S MOTION TO COMPEL**
    DISTRIBUTORS, INC.; and DOES 1 through
17  X, inclusive,

18          Defendants.

19

20      COMES NOW Plaintiff, ROBERTO BERNAL-ZEPEDA, by and through his counsel, MATTHEW

21  R. VANNAH, ESQ. of VANNAH & VANNAH, and Defendants MANUEL ROBLERO and KEHE

22  DISTRIBUTORS, INC. (hereinafter referred to as "Defendants"), by and through their counsel, MICHAEL

23  R. HALL, ESQ., and KAREN L. BASHOR, ESQ., of the law firm of HALL JAFFE & CLAYTON, LLP

24  and stipulate and agree as follows:

25  / / /

26  / / /

27  / / /

28  / / /

1  IT IS HEREBY STIPULATED AND AGREED to continue the hearing on Plaintiff's Motion to
2  Compel currently set for November 13, 2015 at 1:30 p.m. to December 3, 2015 at 1:30 p.m.

3  DATED this 6th day of November, 2015.   DATED this 6th day of November, 2015.

4  VANNAH & VANNAH                          HALL JAFFE & CLAYTON, LLP

6  By /s/ Matthew R. Vannah                 By /s/ Karen L. Bashor
7  MATTHEW R. VANNAH, ESQ.                  MICHAEL R. HALL, ESQ.
   Nevada Bar No. 006855                    Nevada Bar No. 005978
8  400 South Seventh Street, 4th Floor      KAREN L. BASHOR, ESQ.
   Las Vegas, Nevada 89101                  Nevada Bar No. 011913
9  *Attorneys for Plaintiff*                7425 Peak Drive
                                            Las Vegas, Nevada 89128
                                            Attorney for Defendant
                                            KeHE Distributors, Inc.
                                            and Manuel Roblero

2

**[PROPOSED] ORDER**

With all Parties to this action having stipulated, and good cause being shown, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel (#63) currently set for November 13, 2015 in Courtroom 3A at 1:30 p.m. is vacated and continued to December 3, 2015 in Courtroom 3C, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 9, 2015

HON. GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE