MATTHEW R. VANNAH, ESQ.
Nevada Bar No. 006855
VANNAH & VANNAH
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 441-0808
mvannah@vannahlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO BERNAL-ZEPEDA,<br><br>          Plaintiff,<br>vs.<br><br>MANUEL ROBLERO, KEHE DISTRIBUTORS, INC., and DOES 1 through 10.<br><br>          Defendants. | CASE NO.:   2:14-cv-01703-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, that the parties, having resolved this case, hereby stipulate that the above entitled action be dismissed, with prejudice, each party to bear its own costs, attorney's fees and interest.

There is currently no trial date set in this matter.

DATED: December 3, 2015.    DATED: December 3, 2015.

VANNAH & VANNAH    HALL JAFFE & CLAYTON, LLP

/s/ Matthew R. Vannah    /s/ Karen L. Bashor

_____    _____
MATTHEW R. VANNAH, ESQ.    KAREN L. BASHOR, ESQ.

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are DENIED as moot. The Clerk of Court is instructed to close this case.

Dated: December 4, 2015.

_____
UNITED STATES DISTRICT JUDGE